UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Veronica C. Reese                          Docket No. 5:14-MJ-2059-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Veronica C. Reese, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge on April 8, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 14, 2015, the defendant submitted a urine sample that tested positive for cocaine use. The defendant was placed on probation on April 8, 2015, and was not present for sentencing. She was informed that she was on probation on April 14, 2015, by this officer. She reported the same day and submitted the urine sample that tested positive for cocaine. She admits to using the substance on or about April 10, 2015. She reports it was an isolated incident and will not happen again. In order to test the defendant for substance abuse more frequently and to possibly refer to counseling if additional use is detected, we are recommending that the conditions of probation be modified to include drug aftercare. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2537 |
| | Executed On: April 27, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __27th__ day of __April__, 2015 and ordered filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
U.S. Magistrate Judge